IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN ORTIZ,

        Plaintiff,        No. 2:10-cv-0351 JFM (PC)

   vs.

COX, et al.,

        Defendants.     <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se. On April 16, 2010, plaintiff's February 10, 2010 complaint was dismissed as to defendants Torres, Popvits and Swarthout, and plaintiff was granted leave to amend his complaint within thirty days of the date of the order. On April 27, 2010, plaintiff filed a notice of filing an amended complaint. However, no amended complaint was filed.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint on or before June 30, 2010. If plaintiff fails to do so, this action will proceed on his February 10, 2010 complaint solely against defendant Cox.

DATED: June 14, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.orti0351.order

1