IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN ORTIZ,

        Plaintiff,                 No. 2:10-cv-0351 JFM (PC)

    vs.

COX, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis. On April 14, 2011, defendant filed a motion to compel plaintiff's response to requests for production of documents, set one, and verified responses to interrogatories, set one. Defendant also seeks sanctions.

        Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within 30 days of the date of this order why defendant's motion should not be granted.

DATED: May 25, 2011.

                                    UNITED STATES MAGISTRATE JUDGE

/014;orti0351.osc

1