IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN ORTIZ,

      Plaintiff,              No. 2:10-cv-0351 JFM (PC)

  vs.

COX, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On April 14, 2011, defendant filed a motion to compel. Defendant contends that on February 7, 2011, he propounded discovery on plaintiff. In response, plaintiff produced some documents, but did not provide written responses to the requests for production. Defendant further asserts that plaintiff responded to the interrogatories but did not verify them. Defendant seeks an order to compel and sanctions for costs associated with filing the motion to compel.

        On April 26, 2011, the court issued an order to show cause why defendant's motion should not be granted. Plaintiff filed a statement on June 29, 2011. Plaintiff asserts that he has attempted to comply with the discovery requests, submits a verification of his discovery responses and attaches written responses to defendant's requests for production.

        The court, thus, finds that an order to compel is unnecessary in light of plaintiff's submission. The court further finds that sanctions are not warranted.

1

1   Accordingly, IT IS HEREBY ORDERED that defendant's motion to compel and
2 request for sanctions are denied.
3 DATED: July 28, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;orti0351.mtc